```
Daniel S. Mason (SBN 54065)
Eric W. Buetzow (SBN 253803)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770
dmason@zelle.com
ebuetzow@zelle.com
```

*Attorneys for Defendant Frederick P. Furth*

FILED
APR 2 8 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN FURTH, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FREDERICK P. FURTH, an individual, et al.,<br><br>　　　　　Defendants. | Case No. CV-11-00071-DMR<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE: DISCOVERY**<br><br>CMC Date: April 28, 2011<br>Time: 11:00 a.m.<br>Courtroom: 4, 3rd Floor<br>Judge: Magistrate Judge Donna M. Ryu<br><br>Trial Date: Not Yet Set<br>Complaint Filed: January 7, 2011 |

WHEREAS, the Complaint in this matter was filed on January 7, 2011;

WHEREAS, the Answer to the Complaint was filed on January 27, 2011;

WHEREAS, Plaintiff Ben Furth and Defendant Frederick P. Furth (the "Parties") wish to have this matter resolved expeditiously and efficiently;

NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on behalf of the Parties identified above, that the time limits of Rule 26 are hereby waived, and the Court's January 7, 2011 Order Setting Initial Case Management Conference and ADR Deadlines may be amended. ~~This stipulation, however, assumes that the Complaint filed on January 7, 2011 remains the operative complaint in this matter and that no new claims or parties are added. If any new claims or parties are added, this stipulation will become non-operative and the parties will seek to negotiate~~

1

STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY –
Case No. CV-11-00071-DMR

~~an amended schedule to provide to the Court. Assuming that the existing claims and parties to do not change,~~ The Parties stipulate as follows:

1. The Parties may initiate discovery on April 28, 2011.

2. All written discovery, including any document requests, interrogatories, or requests for admission, shall be responded to within two weeks of service and the Parties shall serve each other via electronic email.

3. All documents that were attached to the Parties' mediation briefs submitted to Judge Legge at JAMS shall be treated as if produced in this litigation.

4. Where document requests are served, in addition to service of a written response, the parties must respond by producing actual documents within two weeks of service of the requests.

5. The parties will use their best efforts to resolve any objections to the written discovery requests in an expeditious manner.

6. All discovery requests and responses, including responsive documents, shall be served by email.

7. The Parties shall make their Initial Disclosures on or before May 16, 2011.

8. All discovery shall be completed by October 3, 2011.

9. Any expert witnesses shall be disclosed and reports served by August 1, 2011.

10. Any rebuttal expert witnesses shall be disclosed and reports served on or before August 22, 2011.

~~11. Any dispositive motions shall be filed within 60 days of the discovery cut-off, October 3, 2011.~~

~~12. Thereafter, the Court will set a pretrial conference, at which time other dates, including, if necessary, a trial date, will be scheduled.~~

//
//
//
//
//

2

STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY –
Case No. CV-11-00071-DMR

IT IS SO STIPULATED.

Dated: April ___, 2011          SHARTSIS FRIESE LLP

                                By: _____
                                    Frank A. Cialone

                                Frank A. Cialone (State Bar No. 172816)
                                SHARTSIS FRIESE LLP
                                One Maritime Plaza
                                Eighteenth Floor
                                San Francisco, CA 94111
                                Telephone: (415) 421-6500
                                Facsimile: (415) 421-2922

                                Ben Furth (State Bar No. 203763)
                                THE FURTH LAW FIRM PA
                                780 Walnut #5
                                Las Cruces, NM 88001
                                Telephone: (575) 680-2968
                                Facsimile: (575) 532-5815

                                *Attorneys for Plaintiff Ben Furth*

Dated: April ___, 2011          ZELLE HOFMANN VOELBEL & MASON LLP

                                By: _____
                                    Daniel S. Mason

                                Daniel S. Mason (State Bar No. 54065)
                                Eric W. Buetzow (State Bar No. 253803)
                                ZELLE HOFMANN VOELBEL & MASON LLP
                                44 Montgomery Street, Suite 3400
                                San Francisco, CA 94104
                                Telephone: (415) 693-0700
                                Facsimile: (415) 693-0770

                                *Attorneys for Defendant Frederick P. Furth*

   I, Frank A. Cialone, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                                        _____
                                                Frank A. Cialone

PURSUANT TO STIPULATION, IT IS SO ORDERED. *as modified by the Court to be consistent with the parties' agreements on the record at the April 28, 2011 case management conference*

*DMR*

Dated: **4/28**, 2011

_____
The Honorable Donna M. Ryu
United States Magistrate Judge
Northern District of California
Oakland Division