UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN FURTH, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>FREDERICK P. FURTH, an individual; THE FURTH FIRM LLP; and DOES 1-100, inclusively,<br><br>        Defendants. | Case No.  CV-11-00071-DMR<br><br>**STIPULATION AND ORDER GRANTING ENTRY OF PROTECTIVE ORDER** |

WHEREAS, the Parties agree to be bound by the protective order provided by the Northern District of California for use in standard litigation, attached hereto;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, that the provisions of the attached Stipulation and Protective Order ("Protective Order") shall govern disclosure and use of all documents and other information designated "Confidential Information" which was, is or will be produced or given by any person in the course of formal or informal discovery procedures in this action.  It is the intention of the parties to allow for legitimate discovery, while at the same time protecting the rights and interests of the parties regarding Confidential Information.

DATED:   June 14, 2011        SHARTSIS FRIESE LLP


By: */s/ Frank A. Cialone*
          FRANK A. CIALONE

Attorneys for Plaintiff
Ben Furth

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

DATED: June 13, 2011         ZELLE HOFMANN VOELBEL & MASON

By: */s/ Daniel S. Mason*
      DANIEL S. MASON

Attorneys for Defendants

I, Frank A. Cialone, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

By: */s/ Frank A. Cialone*
    Frank A. Cialone

## **ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the foregoing Stipulation is entered as a Protective Order.

IT IS SO ORDERED.

Dated: June 14, 2011

MAGISTRATE JUDGE DONNA M. RYU

- 2 -